UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>                              Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP<br>address 99.121.248.156,<br><br>                              Defendant. | Case No.:  21-CV-593 TWR (KSC)<br><br>**ORDER DISMISSING THE CASE WITHOUT PREJUDICE**<br><br><br>**(ECF No. 8)** |

Before the Court is Plaintiff's Notice of Voluntary Dismissal.  (ECF No. 8.) Accordingly, the Court **DISMISSES WITHOUT PREJUDICE** all of Plaintiff's claims against Defendant.   Each party shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated:  August 19, 2021

Honorable Todd W. Robinson
United States District Court